IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **NO. 5:23CR00499(5)OLG** |
| | § | |
| **KRISTIN HARRISON** | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

**TO THE HONORABLE ORLANDO L. GARCIA, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

NOW COMES KRISTIN HARRISON, Defendant in the above-entitled and numbered cause, by and through her undersigned Counsel, Donald H. Flanary, III., and files this Unopposed Motion to Continue Sentencing Hearing in this cause. For good cause and in support thereof, Defendant would respectfully show this Honorable Court as follows:

**I.**

Defendant in this case was charged by Indictment and pleaded guilty to Count Two: Conspiracy to Defraud the United States in violation of Title 18 U.S.C. § 371 on August 7, 2024, before the Honorable Magistrate Judge Bemporad after a written plea agreement was filed on July 30, 2024 (Dkt. No. 114). Currently, the Sentencing Hearing is scheduled for September 25, 2025, at 9:30 a.m. Defendant respectfully requests a 90-day continuance.

**II.**

A continuance is requested because Undersigned Counsel is scheduled for a Sentencing Hearing on the same date in *USA v. Brock Janneberg*; Cause No. 6:20-CR-00154 in the Western District of Texas, Austin Division.

In addition, Undersigned Counsel is still in the process of collecting case information to submit additional objections to the PreSentence Investigation Report.

**III.**

Counsel for the Government, Assistant United States Attorney Daphne Newaz, is not opposed to this Motion to Continue Sentencing Hearing in this cause.

This Motion for Continuance of Sentencing Hearing is not made for purposes of delay, but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully prays that this Honorable Court grant this Unopposed Motion to Continue Sentencing Hearing and reset the Sentencing Hearing in this matter for at least 90 days as agreed to by the parties and for other such relief that this Honorable Court deems just and right.

Respectfully Submitted,

FLANARY LAW FIRM, PLLC
One International Center
100 NE Loop 410, Suite 605
San Antonio, Texas 78216
Tel: (210) 738-8383
Fax: (210) 728-3438

BY: */s/ Donald H. Flanary, III.*
     Donald H. Flanary, III.
     State Bar No. 24045877

ATTORNEY FOR DEFENDANT,
Kristin Harrison.

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>September 18, 2025</u>, a true and exact copy of the above and foregoing Motion was electronically sent *via* CM/ECF to Daphne Newaz, Assistant United States Attorney.

*/s/ Donald H. Flanary, III.*
Donald H. Flanary, III.

## **CERTIFICATE OF CONSULTATION**

This is to certify that Undersigned Counsel conferred with the Assistant United States Attorney regarding this motion and:

\_\_X\_\_  She does not oppose it.

\_\_\_\_\_  She does oppose it.

\_\_\_\_\_  Our attempts to resolve it were unsuccessful.

\_\_\_\_\_  Counsel were able to agree regarding the motion as follows: _____

_____

\_\_\_\_\_  Counsel's attempt to contact the Government was unsuccessful.

*/s/ Donald H. Flanary, III.*
Donald H. Flanary, III.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **NO. 5:23CR00499(5)OLG** |
| | § | |
| **KRISTIN HARRISON** | § | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

On _____, 2025, came on to be heard Defendant KRISTIN HARRISON's Unopposed Motion to Continue Sentencing Hearing in this cause. The Court finds that the Motion has merit and should be granted. **IT IS THEREFORE ORDERED that Defendant KRISTIN HARRISON's Sentencing Hearing be reset for at least 90 days as agreed to by the parties and for other such relief that this Honorable Court deems just and right.**

(Granted)                    (Denied)

_____
**HONORABLE ORLANDO L. GARCIA**
**UNITED STATES DISTRICT JUDGE**

4